

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2024

No. 04-23-01045-CR

**EX PARTE** Jose Pedro **AGUILLEN-ARTEAGA**

From the County Court, Maverick County, Texas
Trial Court No. 30868
Honorable Susan D. Reed, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Jose Pedro Aguillen-Arteaga's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction. We further consider Aguillen-Arteaga's appeal as a petition for writ of mandamus and **DENY** his request for mandamus relief **WITHOUT PREJUDICE**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 26, 2024.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2024.

Luz Estrada, Chief Deputy Clerk